UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DENNIS S. LENNON (#95183)

CIVIL ACTION

VERSUS

NO. 11-486-JJB-CN

LOUISIANA STATE PAROLE BOARD

**RULING**

The court has carefully considered the petition, the record, the law applicable

to this action, and the Report and Recommendation of United States Magistrate

Judge Christine Noland dated January 24, 2012 (doc. no. 5) to which no objection

has been filed.

The court hereby approves the report and recommendation of the magistrate

judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's action

is DISMISSED, as legally frivolous and for failure to state a claim upon which relief

may be granted, pursuant to 28 U.S.C. § 1915.

Baton Rouge, Louisiana, this 16th day of February, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE