UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DENNIS S. LENNON (#95183)

VERSUS

LOUISIANA STATE PAROLE BOARD

CIVIL ACTION

NO. 11-486-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 24, 2012 (doc. no. 5) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's action is DISMISSED, as legally frivolous and for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915.

Baton Rouge, Louisiana, this 16th day of February, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE